# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **Criminal Number:** |
| vs. ) | |
| ) | **Count One: 18 U.S.C. § 1001(a)(1)** |
| **LARRY D. ROBERTS JR.,** ) | **(Concealment of Material Facts)** |
| ) | |
| Defendant. ) | |
| ) | |

## INFORMATION

THE UNITED STATES CHARGES:

### Count One

**18 U.S.C. § 1001(a)(1)**
**Concealment of Material Facts**

From on or about April 18, 2019 to on or about June 3, 2019, in the District of Columbia, the defendant,

**LARRY D. ROBERTS JR.,**

did knowingly and willfully falsify, conceal, and cover up by trick, scheme, and device material facts in a matter within the jurisdiction of the executive branch of the Government of the United States. Specifically, during the course of an official investigation being conducted by the Office of Special Counsel ("OSC"), defendant ROBERTS, after receiving a Preservation Directive from OSC, intended to and attempted to conceal the full nature and extent of his relationship with his subordinate, Person A, and intended to and attempted to conceal the steps defendant ROBERTS took to secure fulltime employment for Person A at the United States Department of State by, among other things:

1. Deleting all emails sent prior to January 1, 2019, contained in defendant ROBERTS's Department of State email account "Sent Items" folder.

2. Deleting all emails sent or received prior to January 1, 2019, contained in defendant ROBERTS's Department of State email account "Deleted Items" folder.

3. Deleting emails in defendant ROBERTS's Department of State email account that suggested the existence of a relationship with Person A.

4. Attempting to delete an email defendant ROBERTS sent to his supervisor regarding a job vacancy at the Department of State that defendant ROBERTS intended for Person A to fill.

5. Attempting to delete an email defendant ROBERTS sent to Person A regarding the same job vacancy in which defendant ROBERTS stated he, defendant ROBERTS, was the individual responsible for selecting the most qualified candidate for the job vacancy.

6. Moving two documents that were saved on ROBERTS's Department of State computer out of a work-related folder labeled "ITI Job" and into a personal folder labeled "Divorce." These two documents were Person A's resume and a document containing Person A's recommendations for a Position Description for the Program Analyst position.

7. Falsely stating to Department of State federal agents during a voluntary interview that defendant ROBERTS had never had a relationship with Person A.

8. Falsely stating to Department of State federal agents during a voluntary interview that defendant ROBERTS had never showed favoritism in trying to hire Person A to fill a job vacancy at the Department of State.

All in violation of Title 18, United States Code, Section 1001(a)(1).

ANNALOU TIROL
Acting Chief
Public Integrity Section

By: _____
Jordan Dickson
Trial Attorney
United States Department of Justice
Criminal Division
Public Integrity Section
1331 F St. NW, Ste. 300
Washington, DC 20004