## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Number: 1:19-cr-306-RBW |
| vs. | |
| LARRY D. ROBERTS JR., | |
| Defendant. | |

## STATEMENT OF FACTS

The defendant, LARRY D. ROBERTS JR., admits that if this case were to proceed to trial, the government could prove the following beyond a reasonable doubt:

1. At all relevant times, ROBERTS was an employee of the United States Department of State, located in the District of Columbia. Beginning in November 2015 and through June 2019, ROBERTS was a Foreign Executive-Officer Counselor assigned as the Deputy Director of Information Technology Infrastructure in the Bureau of Information Resource Management, Foreign Operations Division.

2. As a Deputy Director of Information Technology Infrastructure, ROBERTS had over 550 subordinate employees. ROBERTS was the rating official for the performance evaluations of six division/project chiefs and the reviewing official of eleven additional employees. ROBERTS was responsible for hiring and removing certain employees within the Information Technology Infrastructure team. Specifically, ROBERTS had the ability to approve placement and remove independent contractors for the Information Technology Infrastructure team.

1

3. At all relevant times, Person A was an employee of Company A, a consulting company. At all relevant times, Person A was serving as a contractor Financial Analyst for the Department of State.

4. In Person A's capacity at the Department of State, Person A was ROBERTS's subordinate.

5. Beginning as early as 2016, ROBERTS and Person A were in a relationship with each other. ROBERTS and Person A did not openly share their relationship with their respective employers.

6. Between September 2016 and January 2019, ROBERTS facilitated the creation of at least two job vacancy announcements for a Program Analyst position at the Department of State. This specific Program Analyst position was classified on the General Schedule ("GS") Pay Table at a level 14. The employee who filled this position would fall under ROBERTS's supervision.

7. Between September 2016 and January 2019, ROBERTS used his position of authority to facilitate Person A's attempts to secure the vacant position on ROBERTS's team. Despite ROBERTS's efforts, Person A was unsuccessful at securing the position each time the vacancy was announced.

8. As a result of the manager-subordinate relationship between ROBERTS and Person A, as well as the attempts by ROBERTS to secure employment for Person A at the Department of State, the Office of Special Counsel ("OSC") was notified.

9. In March 2019, OSC requested the Department of State's Office of the Legal Adviser-Office of Employment Law ("L/EMP") preserve all records from ROBERTS, and others, in regards to the aforementioned Program Analyst job vacancy announcements.

10. On or about April 18, 2019, L/EMP sent ROBERTS an email which contained as an attachment a preservation directive. The email instructed ROBERTS to "review the attached memorandum and respond by acknowledging that you have received, read, and agree to comply with the preservation instructions contained in the memorandum."

11. The preservation directive informed ROBERTS that OSC had "opened an investigation into allegations of prohibited personnel practices at the Department of State." The preservation directive informed ROBERTS that the investigation related to the aforementioned Program Analyst vacancy announcements. The email informed ROBERTS that ROBERTS may have information relevant to the investigation and stated, "The Department requires your assistance to preserve all documents and data relating to these two vacancy announcements and this position."

12. The preservation directive sent by L/EMP to ROBERTS stated in bold letters, "Intentional destruction or deletion of any document or data responsive to this preservation directive will not be tolerated by the Department and could expose you to criminal sanctions."

13. ROBERTS read L/EMP's email and the attached preservation directive the same day he received them.

14. After receiving L/EMP's email, ROBERTS knowingly and willfully took, among other things, the following unlawful actions:

3

a. Deleted all emails sent prior to January 1, 2019, contained in his Department of State email account "Sent Items" folder.

b. Deleted all emails sent or received prior to January 1, 2019, contained in his Department of State email account "Deleted Items" folder.

c. Deleted emails in his Department of State email account that suggested the existence of an intimate relationship with Person A.

d. Attempted to delete an email ROBERTS sent to ROBERTS's supervisor regarding one of the Program Analyst job vacancy announcements.

e. Attempted to delete an email ROBERTS sent to Person A regarding the same job vacancy announcement in which ROBERTS stated he, ROBERTS, was the individual responsible for selecting the most qualified candidate for the job vacancy.

f. Moved two documents that were saved on ROBERTS's Department of State computer out of a work-related folder labeled "ITI Job" and into a personal folder labeled "Divorce." These two documents were Person A's resume and a document containing Person A's recommendations for a Position Description for the Program Analyst job.

15. In June 2019, Special Agents from the Department of State's Office of Special Investigations ("OSI") conducted a voluntary interview with ROBERTS. During the course of that interview, ROBERTS made the following false statements:

a. That defendant ROBERTS had never had a relationship with Person A.

b. That defendant ROBERTS had never showed favoritism in trying to hire Person A

4

to fill a job vacancy at the Department of State.

16. The facts ROBERTS concealed were material because they had the natural tendency to influence, or were capable of influencing, OSC's ongoing investigation by leading investigators to believe ROBERTS did not engage in prohibited personnel practices involving Person A.

17. The facts ROBERTS concealed pertained to a matter within the jurisdiction of the executive branch of the United States' government—that is an investigation by OSC into prohibited personnel practices within a department of the federal government.

_____
LARRY D. ROBERTS, JR.
Defendant

_____
FRANZ C. JOBSON
Attorney for Defendant

11.12.2019
Date

COREY R. AMUNDSON
Chief
Public Integrity Section

_____
JORDAN DICKSON
Trial Attorney
United States Department of Justice
Criminal Division
Public Integrity Section
1331 F St. NW, Ste. 300
Washington, D.C. 20004

11/12/2019
Date